HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  TARA CARRIS,
11                    Plaintiff,
12        v.
13
14  PENINSULA LIGHT COMPANY,
15                    Defendant.
16
17

Case No. C06-5216RBL

ORDER GRANTING MOTION TO
EXTEND DISCOVERY RE: RUSS
SALZER

18   This matter is before the Court on the Defendant's Motion to Extend the Discovery Cutoff [Dkt. #
19  14] for the purpose of conducting the deposition of Russ Salzer, a witness who is apparently evading service
20  of a subpoena.    The Plaintiff does not oppose the Motion.  The Motion is GRANTED, and the Defendant
21  will be permitted to pursue and take the videotaped deposition of Mr. Salzer, notwithstanding the discovery
22  cutoff.
23   IT IS SO ORDERED.
24
25   DATED this 15th day of June, 2007.
26
27                                    _____
                                      RONALD B. LEIGHTON
28                                    UNITED STATES DISTRICT JUDGE

ORDER
Page - 1