THE HONORABLE RONALD B. LEIGHTON
Hearing date: July 17th, 2007

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TARA CARRIS,<br><br>Plaintiff,<br>vs.<br><br>PENINSULA LIGHT COMPANY,<br><br>Defendants. | No.: C06-5216 RBL<br><br>**ORDER GRANTING MOTION TO RENOTE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER, having come on regularly before the undersigned Judge in the above entitled court upon the Plaintiff's Motion to Renote Plaintiff's Motion for Summary Judgment, and the Court having reviewed the following documents in connection with this motion:

1. Plaintiff's Motion for Summary Judgment;

ORDER GRANTING MOTION TO RENOTE PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

Page 1

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

2. Declaration of Richard H. Wooster in Support of Plaintiff's Motion for Summary Judgment and Exhibits A-J attached thereto;

3. Defendants' Motion for Summary Judgment;

4. Declaration of Warren E. Martin in Support of Defendant's Motion for Summary Judgment;

5. Plaintiff's Motion to Renote Plaintiff's Motion for Summary Judgment; and

6. Declaration of Richard H. Wooster in support of Plaintiff's Motion to Renote Plaintiff's Motion for Summary Judgment.

And the Court having reviewed all relevant and admissible pleadings and documents on file in this matter, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Renote Plaintiff's Motion for Summary Judgment for July 27th, 2007 is hereby granted.

DONE IN OPEN COURT this 11th day of July, 2007.

(*Electronically Signed per Authorization*)

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO RENOTE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Page 2

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

1

2   Presented by:

3   MANN, JOHNSON, WOOSTER
    & MCLAUGHLIN, P.S.
4

5   ____/s/ Richard H. Wooster____
    Richard H. Wooster, WSBA#13752
6   Attorneys for Plaintiff

7   *Approved as to form:*

8   GORDON, THOMAS, HONEYWELL, MALANCA,
    PETERSON & DAHEIM
9   Per telephonic authority:

10
    ____/s/ Warren E. Martin____
11  Warren E. Martin, WSBA# 17235
    Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

**ORDER GRANTING MOTION TO RENOTE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Page 3

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile